THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEOFF MCPHERSON and ROSEANN MCPHERSON,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, FIDELITY NATIONAL TITLE INSURANCE COMPANY, SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-OPT2 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-OPT2, and AMERICAN HOME MORTGAGE SERVICING, INC.,<br><br>Defendants. | No. 3:12-cv-05920 BHS<br><br>STIPULATION AND ORDER TO TEMPORARILY ENJOIN TRUSTEE'S SALE<br><br>**Noted for Consideration:**<br>**December 10, 2012** |

## I. STIPULATION

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to the entry of the following order temporarily enjoining the foreclosure sale of Plaintiffs' residence currently set for December 14, 2012, pursuant to the Washington Deed of Trust Act, RCW 61.24 et seq.

STIPULATED ORDER ENJOINING FORECLOSURE
(No. 3:12-cv-05920 BHS) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0132/LEGAL25351725.1

WHEREAS Plaintiffs are borrowers on a certain residential mortgage loan, secured by a deed of trust, that is the subject of this action. Defendant Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc. ("Homeward") is the loan servicer of Plaintiffs' loan; U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Corp. 2005-OPT2 Asset Backed Pass-Through Certificates, Series 2005-OPT2 is the beneficiary; and Fidelity National Title Insurance Company is the successor trustee under the subject deed of trust.

WHEREAS a foreclosure sale of Plaintiffs' residence is currently set for December 14, 2012.

WHEREAS Plaintiffs have applied for a loan modification. Homeward has advised Plaintiffs' that the loan modification application is missing required information and documents. In order to allow additional time to determine whether Plaintiffs are qualified for a loan modification, Plaintiffs and Defendants agree to the entry of this Order postponing the foreclosure sale as follows:

1. Provided that Plaintiffs comply with the payment terms set forth in Paragraph 2 below, the foreclosure sale shall be postponed until the earlier of (a) March 9, 2013 or (b) such time that Homeward determines that Plaintiffs do not qualify for a loan modification (if applicable). If the foreclosure sale is set for a date before March 9, 2013, Homeward shall provide Plaintiffs with at least fourteen (14) days advance notice of the sale date to allow Plaintiffs an opportunity to cure the default or move the Court for an order restraining the sale.

2. Pursuant to RCW 61.24.130(1), as a condition of entry of this Stipulated Order and its continued effect, within three (3) business days of entry of this Order, Plaintiffs shall deposit in the Court's Registry the sum of one thousand two hundred and seventy-seven thousand dollars ($1,277.00), which is the monthly payment amount that would be due on the obligation secured by the deed of trust if the deed of trust was not being foreclosed. Further,

STIPULATED ORDER ENJOINING FORECLOSURE
(No. 3:12-cv-05920 BHS) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0132/LEGAL25351725.1

Plaintiffs shall thereafter continue to make this payment on a monthly basis to the Court Registry by the fifteenth (15th) day of each month (starting January 15, 2013) and continuing until termination of this Order pursuant to paragraph one (1) above or further Order of this Court. Contemporaneous with each deposit, Plaintiffs shall provide Defendants' counsel with proof of the timely deposit of amounts required by this Order.

3. In the event Plaintiffs fail to make the initial payment due three (3) days after entry of this Order, or fail to timely deposit in the Court Registry any of the monthly payments that are due under the preceding paragraph, this Stipulated Order shall automatically dissolve, all amounts included in the Court Registry shall be forfeited to Defendant Homeward to be applied to Plaintiffs' loan according to the terms of the promissory note, and the foreclosure sale may be scheduled in accordance with the requirements of the Washington Deed of Trust Act.

4. Nothing in this Stipulated Order prevents Plaintiffs from moving to extend or modify the terms of this Order, including requesting a restraint of the foreclosure sale beyond the terms of Paragraph 2 above. Nor does this Stipulated Order prevent Plaintiffs or Defendants from proceeding with the litigation, including discovery and dispositive motion practice.

Stipulated this 10th day of December, 2012.

By: s/ Jill J. Smith
Jill J. Smith WSBA #41162
**National Resource Law Group PLLC**
2217 NW Market Street, Suite 27
Seattle, WA 98107
Telephone: 206.227.9800
Facsimile: 206.466.5645
Email: jill.smith@naturalresourcelawgroup.com
Attorney for Plaintiffs

By: s/ Frederick B. Rivera
Frederick B. Rivera WSBA #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com
Attorneys for Defendants American Home Mortgage Servicing, Inc., now known as Homeward Residential, Inc., and U.S. Bank N.A., as Trustee for J.P. Morgan Mortgage Acquisition Corp. 2005-OPT2 Asset Backed Pass-Through Certificates, Series 2005-OPT2

STIPULATED ORDER ENJOINING FORECLOSURE
(No. 3:12-cv-05920 BHS) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0132/LEGAL25351725.1

**FIDELITY NATIONAL LAW GROUP**

s/ Daniel A. Womac
Daniel A. Womac (WSBA #36394)
**Fidelity National Law Group**
1200 6th Avenue, Suite 620
Seattle, WA 98101
Telephone: 206.224.6004
Facsimile: 877.655.5276
Email: daniel.womac@fnf.com

Attorneys for Defendant Fidelity National Title Insurance Company

## II.   ORDER

It is so Ordered.

Dated this ___ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER ENJOINING FORECLOSURE
(No. 3:12-cv-05920 BHS) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0132/LEGAL25351725.1